IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIANO CALERO,<br>Petitioner | : | CIVIL ACTION |
| v. | : | No. 08-5132 |
| ROZUM, et al.,<br>Respondents | : | |

### ORDER

**JOHN P. FULLAM, J.**

AND NOW, this 6th day of May, 2009, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and petitioner's response, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_John P. Fullam_
JOHN P. FULLAM, J.